# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Carlos Garcia Garcia,

Plaintiff(s),

v.

Valet Parking Professionals LLC et al ,

Defendant(s).

Case No. 19 cv 828
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Because the Court finds that defendants have not demonstrated good cause for their failure to answer or otherwise plead, the motion to vacate or, alternatively, to amend the judgment [29] is denied.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to vacate default.

Date: 2/13/2020

Thomas G. Bruton, Clerk of Court

Yvette Montanez , Deputy Clerk